UNITED STATES of America,
Plaintiff–Appellee,

v.

David TROY, III, a/k/a Buck Troy,
Defendant–Appellant.

No. 12–8059.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 28, 2013.

Decided: April 2, 2013.

David Troy, III, Appellant pro se. Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina; Carrie Fisher Sherard, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before NIEMEYER, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Troy appeals the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp.2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Troy v. United States,* Nos. 4:04–cr–00811–TLW–4; 4:11–cv–03373–TLW, 2012 WL 5077569 (D.S.C. Oct. 18, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*